# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

**Larry King**

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-4113M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief: **On or about May 5, 2006, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, Larry King, an Indian, did, without just cause or excuse, assault Carol King, an Indian, resulting in serious bodily injury in violation of Title 18 United States Code, Section(s) 1153 and 113(a)(6).**

I further state that I am a Special Agent of the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

**See Attached Affidavit Incorporated by Reference Herein**

Continued on an attached sheet and made a part hereof: ☒ Yes   ☐ No

AUTHORIZED BY: Assistant United States Attorney **JOSEPH LODGE**

John W. Anderson, Special Agent
Name of Complainant

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 8, 2006
Date

Flagstaff, Arizona
City and State

Mark E. Aspey, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 3 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES MAGISTRATE COURT
DISTRICT OF ARIZONA

FLAGSTAFF, ARIZONA

AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1. Your affiant, John W. Anderson, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona, Resident Agency of the Phoenix, Arizona, FBI Field Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the Federal District of Arizona. In this regard, the following information was developed by your affiant and/or Navajo Department of Criminal Investigations (NDCI) Criminal Investigator (CI) Anthony Dan in connection with the joint FBI/NDCI investigation of the assault of Carol King, occurring on or about May 5, 2006, in Tuba City, Arizona, a location within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. At 10:19 p.m. Mountain Daylight Savings Time (MDST), Officer Christine Thinn of the Tuba City Police Department was dispatched to a fight in progress. Upon arrival to NHA #4341, Cactus Loop Drive, in Tuba City, Arizona, Officer Thinn saw an Indian male hitting an Indian female in front of the residence. The male was grabbing the female's hair with his left hand and hitting her with his

1

right hand in the face. Officer Thinn yelled, "Police, get away from her!" The male continued to hit the female. Officer Thinn then used pepper spray on the male. The male let go of the female's hair and grabbed the female by the neck. The male started to strangle the female. Officer Thinn took out her expandable baton and struck his forearms three times before he let go of the female. The female yelled for help and ran behind Officer Thinn. The male approached Officer Thinn and attempted to hit her. Officer Thinn struck the male several times in his forearms and triceps. During handcuffing, the male attempted to kick Officer Thinn, and was again struck with the expandable baton in the thigh. The male was finally handcuffed and taken into custody. Officer Thinn then sought out the female to check on her condition. The female identified herself as Carol King (hereinafter "Carol"). Carol also identified the male as her husband, Larry King (hereinafter "Larry"). Carol informed Officer Thinn that Larry had been drinking. Larry had kicked her several times in her side and had hit her many times in the head. Carol was taken to the Tuba City Hospital Emergency Room for examination.

   3. On May 6, 2006, at approximately 2:00 a.m. MDST, your affiant was notified by CI Dan that Carol King had sustained serious body injury, that is, a fractured vertebra (C1) and would be required to wear a neck brace.

   4. When asked by investigators if he knew why he had been arrested, Larry stated, "I guess I attacked my wife or something." Larry stated in an interview that he had

consumed a large amount of liquor on the night of May 5, 2006. Specifically, Larry recalled that he drank a bottle of tequilla, four (4) 12-ounce cans of beer, and a quart of whiskey. Larry and Carol had been arguing over minor things for the past two (2) to three (3) weeks. On the evening of May 5, 2006, Larry began to argue with his wife, accusing her of cheating on him. Also, Carol had gone over her minutes on her cell phone, costing additional money. Larry did not recall hitting or beating his wife. Larry stated that he "blacked out" because he "drank too much." Larry stated that he probably did fight with his wife. Larry thought he remembered being pepper sprayed and wrestling with officers, but he could not recall how many officers there were or the gender of the officer(s). Larry stated that he didn't know what had happened, but his arm was really sore. After he had sobered up, Larry thought to himself, "What the hell did I do?" Larry thought that he did something, stating, "By the sound of it, I probably did." During transport to Coconino County Jail on May 6, 2006, King stated that he would never drink again. He is too old to get into this kind of trouble.

     5. The events described in paragraphs 1-4 *infra*, occurred within the exterior boundaries of the Navajo Indian Reservation, Indian Country, within the District of Arizona. Based upon the aforementioned information, your affiant believes that Larry King has committed a violation of federal law, to wit: Assault Resulting in Serious Bodily Injury in violation of Title 18 United States Code §§ 1153 and 113(a)(6).

1  I declare under penalty of perjury under the laws
2  of the United States of America that the foregoing is true
3  and correct.

*[signature]*
John W. Anderson
Special Agent
Federal Bureau of Investigation

I find probable cause to believe that the offense alleged in the Complaint was committed by Larry King. Subscribed and sworn to before me on this _8TH_ day of May, 2006.

*[signature]*
Mark E. Aspey
U.S. Magistrate Judge

4